UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-236-MOC
(3:10-cr-260-MOC-DSC-1)

| | |
|---|---|
| GREGORY D. ANDERSON, | )<br>) |
| Petitioner, | )<br>) |
| vs. | ) ORDER<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | )<br>) |

**THIS MATTER** is before the Court on *pro se* Petitioner's "Request to Enter Default," (Doc. No. 26).

Petitioner argues that default should be entered against Assistant United States Attorneys Michael Savage and Anthony Enright because they failed to respond to his Request for Admissions, (Doc. No. 20). Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255 has already been denied and dismissed and this case has been closed. (Doc. Nos. 21, 22). Even if this case was not already closed, there is no legal or factual basis for Petitioner's Motion. Petitioner's "Request to Enter Default" will therefore be dismissed as moot and alternatively denied.

**IT IS, THEREFORE, ORDERED** that Petitioner's "Request to Enter Default," (Doc. No. 26), is **DISMISSED** as moot and, alternatively, **DENIED**.

Signed: May 31, 2019

Max O. Cogburn Jr.
United States District Judge

1